SO ORDERED.

Dated: August 7, 2011

Redfield T. Baum, Bankruptcy Judge

McGUIRE GARDNER, A DIVISION OF
DAVIS MILES, PLLC
80 E. Rio Salado Pkwy, Ste 401
Tempe, AZ 85281
Telephone: 480 733-6800
Facsimile: 480 733-3748
efile.dockets@davismiles.com

Douglas C. Gardner (SBN 023653)
Attorney E-mail: DGardner@davismiles.com
Attorney for Respondent

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: RANDY EVANS,<br><br>Debtor.<br><br>――――――――――――――<br>DONNA BOYES,,<br><br>    Plaintiff,<br><br>    and<br>RANDY EVANS, Debtor; Margaret S. Leao-Evans, his wife; RANDY A. EVANS AND MARGARET S. LEAO-EVANS as Trustees of the LEAO-EVANS REVOCABLE TRUST dated March 23, 2007,<br><br>    Defendants, | (Chapter 13 case)<br><br>No. 2:09-bk-05222-RTB<br><br><br>Adversary No.: 2:09-AP-00394-RTBP<br><br>**FIRST AMENDED JUDGMENT** |

    Plaintiff commenced this adversary proceeding to determine whether certain installment payments referenced in the Marital Settlement Agreement were

1

non-dischargeable spousal maintenance payments pursuant to 11. U.S.C. § 523(a)(5) and, if so, whether these payments are entitled to priority pursuant to 11 U.S.C. § 507(a)(1).

A trial to the Court was held on November 30, 2010. Based on the evidence presented and testimony adduced,

**THE COURT FINDS:**

1. Plaintiff and Defendant were married on October 6, 1984 in West Vancouver, British Columbia, Canada.

2. On March 8, 2004, Plaintiff filed a Petition for Dissolution of Marriage in the Coconino County, Arizona, Superior Court.

3. On March 25, 2005, the parties entered into a Marital Settlement Agreement, Trial Exhibit 2 which was incorporated into the Decree of Dissolution of Marriage, Trial Exhibit 3.

4. The Marital Settlement Agreement provides in ¶43(3) that Defendant would make certain installment payments to Plaintiff, to wit, 84 installment payments of $3,750.00 each for a total of $315,000.00 ("Installment Payments").

5. The Marital Settlement Agreement also provides in ¶26 that "[i]n the event that it should become necessary to enforce this Agreement by separate court proceeding…the party who prevails in any such proceeding shall be entitled …his or her court costs incurred and expended therein, including reasonable attorney's fees."

6. On March 20, 2009, Defendant initiated a Chapter 13 Proceeding. In Schedule F, Defendant listed his Installment Payment obligation to Plaintiff as a dischargeable, unsecured non priority claim.

7. On April 16, 2009, Plaintiff initiated the above adversary proceeding to determine dischargeability of the Installment Payments pursuant to 11. U.S.C. § 523(a)(5) and to determine priority of Defendants Installment Payment obligations pursuant to 11. U.S.C. § 507(a)(1).

8. The Court finds that the Marital Settlement Agreement is ambiguous regarding the purpose of Installment Payments, whether they are present spousal maintenance or whether they represent property division.

9. On July 8, 2011, the Family Law Court in Coconino County Cause # DO 2004-0159 entered an Under Advisement Ruling and ordered that "Based upon this Court's findings, it is hereby ordered that previously-ordered spousal support is reduced to $0 per month as of September 1, 2010."

**NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

10. The sum of ONE THOUSAND EIGHT HUNDRED AND SEVENTY FIVE DOLLARS ($1,875.00) of each Installment Payment referenced in ¶43(3) of the Marital Settlement Agreement represents spousal maintenance.

3

11. Defendant did not make any installment payments during the period of December, 2007 to June of 2008, inclusive; he made payments during the period of July, 2008 to December, 2008, inclusive; but he has made no installment payments since.

12. As of August 31, 2010, Defendant's non-dischargeable spousal support obligations equal to FIFTY THOUSAND SIX HUNDRED AND TWENTY-FIVE DOLLARS ($50,625.00) in principal and SEVEN THOUSAND SIX HUNDRED EIGHTY SIX DOLLARS AND 17/100 ($7,686.17) in interest, for the total of FIFTY EIGHT THOUSAND THREE HUNDRED AND ELEVEN DOLLARS AND 17/100 ($58,311.17). Defendant is granted credit of $5,000.00 against this amount based on the Under Advisement Ruling of the Coconino County Superior Court DR 2004-0159 dated June 24, 2008. Therefore, as of December 31, 2010, Plaintiff has judgment against Defendant in the net amount of $53,311.17.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that upon Plaintiff's application for an award of attorney's fees pursuant to the express terms of the Marital Settlement Agreement, the Court finds that Plaintiff is the prevailing party and that the Marital Settlement Agreement provides for a mandatory award of reasonable attorney's fees. Therefore, the Court awards the Plaintiff the sum of $20,000.00 as reasonable attorney's fees in this matter.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Plaintiff is awarded costs in the amount of $451.11.

4

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that spousal maintenance payments have first priority pursuant to 11 U.S.C. § 507(A)(1).

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that all judgment amounts shall be subject to TEN PERCENT (10%) interest beginning on January 1, 2011 until paid in full.

      DONE IN OPEN COURT THIS ____ DAY OF _____, 2011.

_____
Redfield T. Baum
Judge of the Superior Court

5

```
                           United States Bankruptcy Court
                                District of Arizona
Boyes,
         Plaintiff                                                    Adv. Proc. No. 09-00394-RTB
Evans,
         Defendant            CERTIFICATE OF NOTICE
District/off: 0970-2           User: holthausf          Page 1 of 2          Date Rcvd: Aug 08, 2011
                               Form ID: pdf005          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 10, 2011.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust           +E-mail/Text: ustpregion14.px.ecf@usdoj.gov Aug 09 2011 01:20:13     U.S. TRUSTEE,
               OFFICE OF THE U.S. TRUSTEE,   230 NORTH FIRST AVENUE,   SUITE 204,   PHOENIX, AZ 85003-1725
                                                                                             TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
pla          Donna Boyes
dft          Leao-Evans Revocable Trust dated March 23, 2007
dft          Margaret Leao-Evans
dft          Randy Evans
                                                                                 TOTALS: 4, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 10, 2011**        **Signature:** _Joseph Speetjens_

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2011 at the address(es) listed below:

    DOUGLAS GARDNER   on behalf of Defendant Leao-Evans Revocable Trust dated March 23, 2007 dgardner@davismiles.com, kmoore@davismiles.com;cmcelwain@davismiles.com;lgriffen@davismiles.com;jrobles@davismiles.com;ctsakiris@davismiles.com;jholland@davismiles.com

    JAMES M. MCGUIRE   on behalf of Defendant Randy Evans jmcguire@davismiles.com, kmoore@davismiles.com;cmcelwain@davismiles.com;lgriffen@davismiles.com;jstoner@davismiles.com;efile.dockets@davismiles.com;smaentanis@davismiles.com;sambriz@davismiles.com;slyons@davismiles.com;jrobles@davismiles.com;jholland@davismiles.com

    PERNELL W. MCGUIRE   on behalf of Defendant Randy Evans pmcguire@davismiles.com, jstoner@davismiles.com;kmoore@davismiles.com;jmcguire@davismiles.com;cmcelwain@davismiles.com;lgriffen@davismiles.com;ctsakiris@davismiles.com;jrobles@davismiles.com;jholland@davismiles.com

    PETER STROJNIK   on behalf of Plaintiff Donna Boyes ps@strojnik.com, ts@strojnik.com

    TOTAL: 4

Case 2:2-bk-23173-RTB   Doc 861   Filed 01/02/12   Entered 01/02/12 12:03:10   Desc
Case 2:09-ap-00594-RTB   Doc 86   Filed 08/04/12   Entered 08/04/12 22:20:23   Desc
Imaged Certificate of Notice   Exhibit Exhibit 1   Page 7 of 7