**SO ORDERED.**

**Dated: April 2, 2012**

_____
**Redfield T. Baum, Bankruptcy Judge**

Edward J. Maney (#12256)
CHAPTER 13 TRUSTEE
P.O. Box 10434
Phoenix, Arizona 85064
Telephone: (602) 277-3776 Fax: (602) 277-4103
Email: ejm@maney13trustee.com

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| In re: | In Proceedings Under Chapter 13 |
|---|---|
| RANDY A. EVANS, | Case No. 2:09-bk-05222-RTBP |
| Debtor. | **DISMISSAL ORDER** |

It having been shown to the Court that the Debtors have failed to comply with the Court requirement concerning:

1. Pursuant to the Trustee's Recommendation Re: Amended Chapter 13 Plan dated January 5, 2012 (docket #83), the Debtor has failed resolve, respond to or provide the Trustee with the documentation regarding any of the issues raised in the Recommendation, has failed to submit a proposed Stipulated Order Confirming and has failed to bring and maintain plan payments as current on or before February 5, 2012.

2. Debtor's plan payments are now $6,117.92 delinquent.

3. No motions to extend time appear on the Court's docket.

4. **If the Debtor(s) object to this Dismissal Order, the Trustee requires the Debtor(s) to set this matter for hearing.**

**NOW THEREFORE, IT IS ORDERED,**

(A) This case is dismissed and the Clerk of the Court will give notice of the dismissal to all creditors;

(B) A motion to reinstate the case may be granted without a hearing if the Trustee approves the proposed reinstatement order. If the Trustee does not approve reinstatement of the case, the matter may be set for hearing upon the Debtor(s) motion. The Court may set a hearing on the Debtor(s) motion to reinstate on the request of an interested party who had joined the Trustee's request for dismissal;

(C) Pursuant to 28 U.S.C. §586(e)(2), the Trustee shall be paid his percentage fee from all payments received from the Debtor(s);

1  (D) After payment of the Trustee's percentage fee, the Trustee will retain the Debtor(s)
2  funds pending Court approval of the payment of administrative expenses of the Debtor(s) attorney.
3  If the Debtor(s) Chapter 13 Plan contained an Application for the Payment of Administrative
4  Expenses to the Debtor(s) attorney and no party filed an objection to the Application, the Debtor(s)
5  attorney may lodge an order approving the Application within ten days after the Court enters this
6  Dismissal Order. Alternatively, the Debtor(s) attorney has ten days from the date the Court enters
7  this Dismissal Order to file a separate fee application;

8  (E) If the Court previously entered a payroll deduction order on one or both of the
9  Debtor(s) wages, the Court vacates that order; and

10  (F) Except as may be stated herein, all pending adversary proceedings, contested matters,
11  and administrative hearings relating to this case are vacated.

ORDER SIGNED AND DATED ABOVE

Lodged with the Court and copies mailed [see signature block] to:

DOUGLAS GARDNER, ESQ.
JAMES M. MCGUIRE, ESQ.
DAVIS MILES PLLC
80 E RIO SALADO PKWY STE 401
TEMPE AZ 85281
Attorneys for Debtor

PERNELL W. MCGUIRE, ESQ.
DAVIS MILES PLLC
320 N LEROUX ST STE A
FLAGSTAFF AZ 86001
Attorney for Debtor

RANDY A. EVANS
14131 N RIO VISTA BLVD #8
PEORIA AZ 85381
Debtor

**TIFFANY WARBLOW**
Digitally signed by TIFFANY WARBLOW
DN: cn=TIFFANY WARBLOW, o=EDWARD J MANEY CHAPTER 13 TRUSTEE, ou, email=TWARBLOW@MANEY13TRUSTEE.COM, c=US
Date: 2012.03.21 15:37:25 -07'00'

Clerk, Chapter 13 Trustee

2