Peter Strojnik, Esq. – Arizona Bar No. 006464
**STROJNIK, P.C.**
2415 East Camelback, Suite 700
Phoenix, Arizona 85016
Telephone: 602-524-6602
Facsimile: 602-296-0135
E-mail: strojnik@aol.com
*Attorney for Petitioner*

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF COCONINO

| | | |
|---|---|---|
| In The Matter of: | ) | NO. DO 2004-0159 |
| | ) | |
| DONNA BOYES, | ) | **VERIFIED** |
| | ) | **PETITION TO ENFORCE SPOUSAL** |
| Petitioner, | ) | **MAINTENANCE AND OTHER COURT** |
| | ) | **ORDERS** |
| and | ) | |
| | ) | **AND** |
| RANDY EVANS, | ) | |
| | ) | **MOTION FOR ORDER TO SHOW** |
| Respondent. | ) | **CAUSE RE: CONTEMPT OF COURT** |

_____

Petitioner makes this Verified Petition to Enforce Spousal Maintenance and Other Court Orders and Motion for Order to Show Cause Re: Contempt of Court pursuant to 17BA.R.S. Rules Fam.Law.Proc., Rules 91 *et seq*.

## BACKGROUND

Petitioner Donna Boyes is a beneficiary of a Marital Settlement Agreement dated March 23, 2008 ("MSA"). The terms of the MSA required Respondent to make to Petitioner 84 equal payments of $3,750.00 in "consideration of spousal and child support and an integral and inseparable portion of this division of marital assets". Respondent

made several initial payments; however, on March 20, 2009, he filed for the protection of bankruptcy under cause number 2:09-bk-05222-RTBP.

At the time of the filing, a hearing was scheduled in the Coconino County Superior Court regarding Respondent's failures to comply with the Court Orders. Because of the intervening bankruptcy, the hearing was vacated. Exhibit 1.

Petitioner initiated adversary proceeding against Respondent in the Bankruptcy Court under cause number 2:09-ap-00394-RTB. Petitioner sought a judgment determining that the spousal maintenance portion of the MSA was not dischargeable pursuant to 11. U.S.C. § 523(a)(5)(15) and a determination of priority pursuant to 11 U.S.C. § 507(A)(1). On August 11, 2011, the Bankruptcy Court granted Petitioner judgment for non-dischargeable spousal maintenance in the amount of $53,311.17 plus attorney's fees in the amount of $20,000 plus costs in the amount of $451.11. Exhibit 2. All these amounts carry interest at the rate of 10% until paid in full.

While the adversary proceeding was pending in the Bankruptcy Court, Respondent initiated a Motion to Modify Spousal Maintenance in this Court. On July 8, 2011, this Court entered judgment summarized as follows:

**BASED UPON THIS COURT'S FINDINGS, IT IS HEREBY ORDERED:**

- That previously-ordered spousal support is reduced to $0 per month, as of September 1, 2010.
- That the issue of spousal support is modifiable and remains within this Court's jurisdiction; therefore, spousal support may be reinstated upon a showing of substantial and continuing change in the parties' financial condition.
- That Mr. Evans shall provide an affidavit of his financial information to Ms. Boyes on an annual basis on or before June 1st of each year, along with a copy of his personal and partnership income tax returns for the prior year.

DATED: 7/8/11

Ted S. Reed
Judge of the Superior Court
Division 6

On April 30, 2012, Respondent's bankruptcy petition was dismissed.

## SPOUSAL MAINTENANCE AND PROPERTY DIVISION ACCOUNTING

Spousal Maintenance Accounting is appended hereto as Exhibit 3 and Property Division Accounting is appended hereto as Exhibit 4.

## RESPONDENT'S FAILURE TO ABIDE BY THE COURT ORDERS

Respondent has failed to abide by the Court Orders in the following particulars:

1. He has failed to pay spousal maintenance in the amount of $53,311.17 plus attorney's fees in the amount of $20,000 plus costs in the amount of $451.11. As of August 1, 2012, the amount due for spousal maintenance and associated costs and attorney's fees is $85,441.

2. He has failed to pay equalization payments in the amount of $97,500.00 with interest thereon up to August 1, 2012, the total amount of $106,557.

3. He has failed to produce to Petitioner a current affidavit of his financial condition as of June 1, 2012 as required by the Court in its Order dated July 8, 2011.

4. Despite requests from Petitioner's Counsel, Respondent has failed to carry a policy of life insurance as required by Paragraph 44 of the MSA.

## ESTIMATED TIME FOR THE ENTIRE HEARING

The estimated time for the entire hearing is 4 hours.

## PRAYER FOR RELIEF

Petitioner prays for relief as follows:

1.  Order Respondent to appear for an Order to Show cause why he should not be found in contempt of this Court for failure to abide by the Court Orders; and

2. Enter Judgment against Respondent for spousal maintenance, to wit, $86,056[1] if paid on or before August 31, 2012 plus interest thereon at the rate of 10% per annum if paid thereafter, all pursuant to Judgment dated August 7, 2011, in the total amount of $85,441 as of August 1, 2012 and enter an Order directing Respondent to immediately pay all spousal maintenance arrearages; and

3. For Judgment against Respondent for property equalization in the amount of $106,557[2] if paid on or before August 1, 2012, plus interest at the rate of 10% per annum if paid thereafter and enter an Order directing Respondent to immediately pay all property equalization arrearages; and

4. Enter an Income Withholding Order to require Respondent's employer, or any other person holding money or property for the benefit of Respondent, to take income from

---

[1] Subject to the addition of $5,000.00. See footnote 2 on page 19.
[2] Id.

the Respondent's entitlement to such moneys for the purpose of payment of spousal maintenance arrearages, which order shall include, without limitation, all entitlement for severance pay, sick pay, vacation pay, bonuses, insurance settlements, commissions, stock options, dividend or other corporate or limited liability company distributions; and

5.  Order Respondent to make his arrearage payments through the Support Payment Clearinghouse; and

6.  Order Respondent to comply with Paragraph 44 of the Marital Settlement Agreement and procure a policy of life insurance naming Petitioner as beneficiary; and

7.  Order Respondent to comply with all previous orders issued by this Court and, to the extent relevant to Respondent's Spousal Maintenance Obligations, the Judgment issued by the Bankruptcy Court on August 7, 2011; and

8.  Order Respondent to pay Petitioner's attorney's fees and costs incurred in connection with this Motion pursuant to A.R.S. 25-324, ARS 12-341.01 and the inherent power of the Court; and

9.  Order the appointment of a receiver for Respondent Randy Evans, at his cost, pursuant to ARS 25-508; and

10. Enter an Order finding a willful violation of the spousal maintenance orders and judgments without lawful excuse; and

11. Order Respondent to answer the Uniform Interrogatories, completely and fully, that shall be served on Respondent along with the Order accompanying this Petition at least 10 business days prior to any hearing on this matter; and

12. Order Respondent to produce records and documents and other tangible things as requested in the Requests for Production of Documents completely and fully, that shall be served on Respondent along with the Order accompanying this Petition at least 10 business days prior to any hearing on this matter; and

13. Order such other and further relief as the Court may deem just and proper.

     RESPECTFULLY SUBMITTED this 31st day of July, 2012.

**STROJNIK, P.C.**

_____
Peter Strojnik
Attorney for Petitioner

## VERIFICATION

I verify that I have read the foregoing and that the same is true and correct to the best of my knowledge, information and belief.

_____
Donna Boyes, Petitioner


ORIGINAL of the foregoing
mailed/delivered this 31st
day of July 2012, to:

Clerk of the Coconino County Superior Court
200 N. San Francisco

Flagstaff AZ 86001

COPY of the foregoing
mailed/delivered this 24th
day of July 2012, to:

The Honorable Ted S. Reed
Judge of the Superior Court
Coconino County Superior Court
Division 4
200 N. San Francisco
Flagstaff AZ 86001

and to:

Randy Evans
14131 North Rio Vista Blvd., Unit 8
Peoria, Arizona 85381

and to:

Randy A. Evans
5412 E. Sheena Drive
Scottsdale, AZ 85254

Donna Boyes, Petitioner, *by e-mail only*

/s/ Peter Strojnik

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

# EXHIBIT 1

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF COCONINO

| | |
|---|---|
| Charles D. Adams, Judge | Deborah Young, Clerk |
| Division 4 | Becky Whitney, Deputy Clerk |
| Date: March 24, 2009 | Barbara Jackson, Court Reporter |

MINUTE ENTRY

In re the Marriage of:                )
                                       )
**DONNA EVANS BOYES,**                 )          Case No. DO 2004-0159
                                       )
                    Petitioner,        )
                                       )
and                                    )      BRYON MIDDLEBROOK, P.C.
                                       )
**RANDY EVANS,**                       )      MAR 3 1 2009
                                       )
                    Respondent.        )          RECEIVED
_____)

COPY TO CLIENT

MAR 3 1 2009 ✓

  **ACTION:   Hearing Re: Timing of Payments** [Vacated]

  APPEARANCES:   Petitioner is present with counsel, Bryon Middlebrook. Respondent is present with counsel, Douglas Gardner.

  9:01 a.m.    Court is in session.

  Respondent's counsel advises that the Respondent has filed for Chapter 13 Bankruptcy; that Petitioner's counsel was notified in writing today; and that this case is on hold until the situation is resolved in Federal Court.

  **IT IS ORDERED** vacating today's hearing.

cc:   Bryon Middlebrook
      Douglas Gardner

      3-30-09 /BW

                              Page **1** of 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

# EXHIBIT 2

**McGUIRE GARDNER, A DIVISION OF
DAVIS MILES, PLLC**
80 E. Rio Salado Pkwy, Ste 401
Tempe, AZ 85281
Telephone: 480 733-6800
Facsimile: 480 733-3748
efile.dockets@davismiles.com

Douglas C. Gardner (SBN 023653)
Attorney E-mail: DGardner@davismiles.com
Attorney for Respondent

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

In re: RANDY EVANS,

  Debtor.

(Chapter 13 case)

No. 2:09-bk-05222-RTB

DONNA BOYES,,

  Plaintiff,

  and

RANDY EVANS, Debtor; Margaret S. Leao-Evans, his wife; RANDY A. EVANS AND MARGARET S. LEAO-EVANS as Trustees of the LEAO-EVANS REVOCABLE TRUST dated March 23, 2007,

  Defendants,

Adversary No.: 2:09-AP-00394-RTBP

**FIRST AMENDED JUDGMENT**

  Plaintiff commenced this adversary proceeding to determine whether certain installment payments referenced in the Marital Settlement Agreement were

1

non-dischargeable spousal maintenance payments pursuant to 11. U.S.C. § 523(a)(5) and, if so, whether these payments are entitled to priority pursuant to 11 U.S.C. § 507(a)(1).

A trial to the Court was held on November 30, 2010. Based on the evidence presented and testimony adduced,

**THE COURT FINDS:**

1. Plaintiff and Defendant were married on October 6, 1984 in West Vancouver, British Columbia, Canada.

2. On March 8, 2004, Plaintiff filed a Petition for Dissolution of Marriage in the Coconino County, Arizona, Superior Court.

3. On March 25, 2005, the parties entered into a Marital Settlement Agreement, Trial Exhibit 2 which was incorporated into the Decree of Dissolution of Marriage, Trial Exhibit 3.

4. The Marital Settlement Agreement provides in ¶43(3) that Defendant would make certain installment payments to Plaintiff, to wit, 84 installment payments of $3,750.00 each for a total of $315,000.00 ("Installment Payments").

5. The Marital Settlement Agreement also provides in ¶26 that "[i]n the event that it should become necessary to enforce this Agreement by separate court proceeding...the party who prevails in any such proceeding shall be entitled ...his or her court costs incurred and expended therein, including reasonable attorney's fees."

2

6. On March 20, 2009, Defendant initiated a Chapter 13 Proceeding. In Schedule F, Defendant listed his Installment Payment obligation to Plaintiff as a dischargeable, unsecured non priority claim.

7. On April 16, 2009, Plaintiff initiated the above adversary proceeding to determine dischargeability of the Installment Payments pursuant to 11. U.S.C. § 523(a)(5) and to determine priority of Defendants Installment Payment obligations pursuant to 11. U.S.C. § 507(a)(1).

8. The Court finds that the Marital Settlement Agreement is ambiguous regarding the purpose of Installment Payments, whether they are present spousal maintenance or whether they represent property division.

9. On July 8, 2011, the Family Law Court in Coconino County Cause # DO 2004-0159 entered an Under Advisement Ruling and ordered that "Based upon this Court's findings, it is hereby ordered that previously-ordered spousal support is reduced to $0 per month as of September 1, 2010."

**NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

10. The sum of ONE THOUSAND EIGHT HUNDRED AND SEVENTY FIVE DOLLARS ($1,875.00) of each Installment Payment referenced in ¶43(3) of the Marital Settlement Agreement represents spousal maintenance.

3

11. Defendant did not make any installment payments during the period of December, 2007 to June of 2008, inclusive; he made payments during the period of July, 2008 to December, 2008, inclusive; but he has made no installment payments since.

12. As of August 31, 2010, Defendant's non-dischargeable spousal support obligations equal to FIFTY THOUSAND SIX HUNDRED AND TWENTY-FIVE DOLLARS ($50,625.00) in principal and SEVEN THOUSAND SIX HUNDRED EIGHTY SIX DOLLARS AND 17/100 ($7,686.17) in interest, for the total of FIFTY EIGHT THOUSAND THREE HUNDRED AND ELEVEN DOLLARS AND 17/100 ($58,311.17). Defendant is granted credit of $5,000.00 against this amount based on the Under Advisement Ruling of the Coconino County Superior Court DR 2004-0159 dated June 24, 2008. Therefore, as of December 31, 2010, Plaintiff has judgment against Defendant in the net amount of $53,311.17.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that upon Plaintiff's application for an award of attorney's fees pursuant to the express terms of the Marital Settlement Agreement, the Court finds that Plaintiff is the prevailing party and that the Marital Settlement Agreement provides for a mandatory award of reasonable attorney's fees. Therefore, the Court awards the Plaintiff the sum of $20,000.00 as reasonable attorney's fees in this matter.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Plaintiff is awarded costs in the amount of $451.11.

4

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that spousal maintenance payments have first priority pursuant to 11 U.S.C. § 507(A)(1).

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that all judgment amounts shall be subject to TEN PERCENT (10%) interest beginning on January 1, 2011 until paid in full.

      DONE IN OPEN COURT THIS _____ DAY OF _____, 2011.

_____
Redfield T. Baum
Judge of the Superior Court

5

Boyes,

    Plaintiff

Adv. Proc. No. 09-00394-RTB

Evans,

    Defendant

## CERTIFICATE OF NOTICE

District/off: 0970-2    User: holthausf    Page 1 of 2    Date Rcvd: Aug 08, 2011
    Form ID: pdf005    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 10, 2011.
    NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust    +E-mail/Text: ustpregion14.px.ecf@usdoj.gov Aug 09 2011 01:20:13    U.S. TRUSTEE,
    OFFICE OF THE U.S. TRUSTEE,    230 NORTH FIRST AVENUE,    SUITE 204,    PHOENIX, AZ 85003-1725
    TOTAL: 1

    ^^^^^ BYPASSED RECIPIENTS (undeliverable, ^ duplicate) ^^^^^
pla    Donna Boyes
dft    Leao-Evans Revocable Trust dated March 23, 2007
dft    Margaret Leao-Evans
dft    Randy Evans
    TOTALS: 4, ^ 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 10, 2011**        **Signature:** _Joseph Speetjens_

District/off: 0970-2          User: holthausf          Page 2 of 2          Date Rcvd: Aug 08, 2011
                              Form ID: pdf005          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 8, 2011 at the address(es) listed below:
          DOUGLAS  GARDNER    on behalf of Defendant  Leao-Evans Revocable Trust dated March 23, 2007
          dgardner@davismiles.com,
          kmoore@davismiles.com;cmcelwain@davismiles.com;lgriffen@davismiles.com;jrobles@davismiles.com;cts
          akiris@davismiles.com;jholland@davismiles.com
          JAMES M. MCGUIRE    on behalf of Defendant Randy Evans jmcguire@davismiles.com,
          kmoore@davismiles.com;cmcelwain@davismiles.com;lgriffen@davismiles.com;jstoner@davismiles.com;efi
          le.dockets@davismiles.com;smaentanis@davismiles.com;sambrix@davismiles.com;slyons@davismiles.com;
          jrobles@davismiles.com;jholland@davismiles.com
          FERNELL W. MCGUIRE    on behalf of Defendant Randy Evans fmcguire@davismiles.com,
          jstoner@davismiles.com;kmoore@davismiles.com;jmcguire@davismiles.com;cmcelwain@davismiles.com;lgr
          iffen@davismiles.com;ctsakiris@davismiles.com;jrobles@davismiles.com;jholland@davismiles.com
          PETER  STROJNIK    on behalf of Plaintiff Donna Boyes ps@strojnik.com,  ts@strojnik.com
                                                                                        TOTAL: 4

# EXHIBIT 3

# SPOUSAL MAINTENANCE ACCOUNTING

| YEAR AND MONTH | SPUSAL MAINTENANCE JUDGMENT | ATTY FEES AND COSTS | MONTHLY INTEREST | TOTAL ARREARAGE FOR CURRENT MONTH |
|---|---|---|---|---|
| Dec | (53,311[3]) | (20,451) | - | - |
| **Jan-11** | | | (615) | (74,377) |
| Feb | | | (615) | (74,992) |
| Mar | | | (615) | (75,606) |
| Apr | | | (615) | (76,221) |
| May | | | (615) | (76,836) |
| Jun | | | (615) | (77,450) |
| Jul | | | (615) | (78,065) |
| Aug | | | (615) | (78,680) |
| Sep | | | (615) | (79,294) |
| Oct | | | (615) | (79,909) |
| Nov | | | (615) | (80,524) |
| Dec | | | (615) | (81,139) |
| **Jan-12** | | | (615) | (81,753) |
| Feb | | | (615) | (82,368) |
| **Mar** | | | (615) | (82,983) |
| Apr | | Total Due if Paid This Month | (615) | (83,597) |
| May | | Total Due if Paid This Month | (615) | (84,212) |
| Jun | | Total Due if Paid This Month | (615) | (84,827) |
| Jul | | Total Due if Paid This Month | (615) | (85,441) |
| Aug | | Total Due if Paid This Month | (615) | (86,056) |
| Sep | | Total Due if Paid This Month | (615) | (86,671) |
| Oct | | Total Due if Paid This Month | (615) | (87,285) |
| Nov | | Total Due if Paid This Month | (615) | (87,900) |
| Dec | | Total Due if Paid This Month | (615) | (88,515) |

[3] This amount represents a deduction of $5,000.00 for attorney's fees ordered by the Coconino County Superior Court on December 31, 2010. Since the attorney's fees issue related to general family court issues (and could not be deducted from any other asset in the Bankruptcy Court), this line item should be, and shall be at any hearing, deducted from the equalization payment, not spousal maintenance payment.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

# EXHIBIT 4

# PROPERTY DIVISION ACCOUNTING

| YEAR AND MONTH | MONTH | PROPERTY DIVISION PMT DUE | PROPERTY DIVISION PMT MADE | PROPERTY DIVISION ARREARAGE | INTEREST ON CURRENT MONTH TO MARCH 2011 | PRINCIPAL AND INTEREST FOR CURRENT MONTH TO MARCH 2011 | TOTAL DUE CUMULATIVELY |
|---|---|---|---|---|---|---|---|
| **2005** | | | | | | | |
| Apr | 1 | 1,875 | 1,875 | | - | | |
| May | 2 | 1,875 | 1,875 | | - | | |
| Jun | 3 | 1,875 | 1,875 | | - | | |
| Jul | 4 | 1,875 | 1,875 | | - | | |
| Aug | 5 | 1,875 | 1,875 | | - | | |
| Sep | 6 | 1,875 | 1,875 | | - | | |
| Oct | 7 | 1,875 | 1,875 | | - | | |
| Nov | 8 | 1,875 | 1,875 | | - | | |
| Dec | 9 | 1,875 | 1,875 | | - | | |
| **Jan-06** | 10 | 1,875 | 1,875 | | - | | |
| Feb | 11 | 1,875 | 1,875 | | - | | |
| Mar | 12 | 1,875 | 1,875 | | - | | |
| Apr | 13 | 1,875 | 1,875 | | - | | |
| May | 14 | 1,875 | 1,875 | | - | | |
| Jun | 15 | 1,875 | 1,875 | | - | | |
| Jul | 16 | 1,875 | 1,875 | | - | | |
| Aug | 17 | 1,875 | 1,875 | | - | | |
| Sep | 18 | 1,875 | 1,875 | | - | | |
| Oct | 19 | 1,875 | 1,875 | | - | | |
| Nov | 20 | 1,875 | 1,875 | | - | | |
| Dec | 21 | 1,875 | 1,875 | | - | | |
| **Jan-07** | 22 | 1,875 | 1,875 | | - | | |
| Feb | 23 | 1,875 | 1,875 | | - | | |
| Mar | 24 | 1,875 | 1,875 | | - | | |
| Apr | 25 | 1,875 | 1,875 | | - | | |
| May | 26 | 1,875 | 1,875 | | - | | |
| Jun | 27 | 1,875 | 1,875 | | - | | |
| Jul | 28 | 1,875 | 1,875 | | - | | |
| Aug | 29 | 1,875 | 1,875 | | - | | |
| Sep | 30 | 1,875 | 1,875 | | - | | |

| Month | # | | | | | | |
|---|---|---|---|---|---|---|---|
| Oct | 31 | 1,875 | 1,875 | | - | | |
| Nov | 32 | 1,875 | 1,875 | | - | | |
| Dec | 33 | 1,875 | - | (1,875) | (797) | (2,672) | (2,672) |
| **Jan-08** | 34 | 1,875 | - | (1,875) | (781) | (2,656) | (5,328) |
| Feb | 35 | 1,875 | - | (1,875) | (766) | (2,641) | (7,969) |
| Mar | 36 | 1,875 | - | (1,875) | (750) | (2,625) | (10,594) |
| Apr | 37 | 1,875 | - | (1,875) | (734) | (2,609) | (13,203) |
| May | 38 | 1,875 | - | (1,875) | (719) | (2,594) | (15,797) |
| Jun | 39 | 1,875 | - | (1,875) | (703) | (2,578) | (18,375) |
| Jul | 40 | 1,875 | 1,875 | | - | - | (18,375) |
| Aug | 41 | 1,875 | 1,875 | | - | - | (18,375) |
| Sep | 42 | 1,875 | 1,875 | | - | - | (18,375) |
| Oct | 43 | 1,875 | 1,875 | | - | - | (18,375) |
| Nov | 44 | 1,875 | 1,875 | | - | - | (18,375) |
| Dec | 45 | 1,875 | 1,875 | | - | - | (18,375) |
| **Jan-09** | 46 | 1,875 | - | (1,875) | (594) | (2,469) | (20,844) |
| Feb | 47 | 1,875 | - | (1,875) | (578) | (2,453) | (23,297) |
| Mar | 48 | 1,875 | - | (1,875) | (563) | (2,438) | (25,734) |
| Apr | 49 | 1,875 | - | (1,875) | (547) | (2,422) | (28,156) |
| May | 50 | 1,875 | - | (1,875) | (531) | (2,406) | (30,563) |
| Jun | 51 | 1,875 | - | (1,875) | (516) | (2,391) | (32,953) |
| Jul | 52 | 1,875 | - | (1,875) | (500) | (2,375) | (35,328) |
| Aug | 53 | 1,875 | - | (1,875) | (484) | (2,359) | (37,688) |
| Sep | 54 | 1,875 | - | (1,875) | (469) | (2,344) | (40,031) |
| Oct | 55 | 1,875 | - | (1,875) | (453) | (2,328) | (42,359) |
| Nov | 56 | 1,875 | - | (1,875) | (438) | (2,313) | (44,672) |
| Dec | 57 | 1,875 | - | | (422) | | (46,969) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | (1,875) | | (2,297) | |
| **Jan-10** | 58 | 1,875 | - | (1,875) | (406) | (2,281) | (49,250) |
| Feb | 59 | 1,875 | - | (1,875) | (391) | (2,266) | (51,516) |
| Mar | 60 | 1,875 | - | (1,875) | (375) | (2,250) | (53,766) |
| Apr | 61 | 1,875 | - | (1,875) | (359) | (2,234) | (56,000) |
| May | 62 | 1,875 | - | (1,875) | (344) | (2,219) | (58,219) |
| Jun | 63 | 1,875 | - | (1,875) | (328) | (2,203) | (60,422) |
| Jul | 64 | 1,875 | - | (1,875) | (313) | (2,188) | (62,609) |
| Aug | 65 | 1,875 | - | (1,875) | (297) | (2,172) | (64,781) |
| Sep | 66 | 1,875 | - | (1,875) | (281) | (2,156) | (66,938) |
| Oct | 67 | 1,875 | - | (1,875) | (266) | (2,141) | (69,078) |
| Nov | 68 | 1,875 | - | (1,875) | (250) | (2,125) | (71,203) |
| Dec | 69 | 1,875 | - | (1,875) | (234) | (2,109) | (73,313) |
| **Jan-11** | 70 | 1,875 | - | (1,875) | (219) | (2,094) | (75,406) |
| Feb | 71 | 1,875 | - | (1,875) | (203) | (2,078) | (77,484) |
| Mar | 72 | 1,875 | - | (1,875) | (188) | (2,063) | (79,547) |
| Apr | 73 | 1,875 | - | (1,875) | (172) | (2,047) | (81,594) |
| May | 74 | 1,875 | - | (1,875) | (156) | (2,031) | (83,625) |
| Jun | 75 | 1,875 | - | (1,875) | (141) | (2,016) | (85,641) |
| Jul | 76 | 1,875 | - | (1,875) | (125) | (2,000) | (87,641) |
| Aug | 77 | 1,875 | - | (1,875) | (109) | (1,984) | (89,625) |
| Sep | 78 | 1,875 | - | (1,875) | (94) | (1,969) | (91,594) |
| Oct | 79 | 1,875 | - | (1,875) | (78) | (1,953) | (93,547) |
| Nov | 80 | 1,875 | - | | (63) | | (95,484) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | (1,875) | | (1,938) | |
| Dec | 81 | 1,875 | - | (1,875) | (47) | (1,922) | (97,406) |
| **Jan-12** | 82 | 1,875 | - | (1,875) | (31) | (1,906) | (99,313) |
| Feb | 83 | 1,875 | - | (1,875) | (16) | (1,891) | (101,203) |
| Mar | 84 | 1,875 | - | (1,875) | - | (1,875) | (103,078) |
| Apr | | | | | Total Due if Paid This Month | (859) | (103,937) |
| May | | | | | Total Due if Paid This Month | (866) | (104,803) |
| Jun | | | | | Total Due if Paid This Month | (873) | (105,677) |
| Jul | | | | | Total Due if Paid This Month | (881) | (106,557) |
| Aug | | | | | Total Due if Paid This Month | (888) | (107,445) |
| Sep | | | | | Total Due if Paid This Month | (895) | (108,341) |
| Oct | | | | | Total Due if Paid This Month | (903) | (109,243) |
| Nov | | | | | Total Due if Paid This Month | (910) | (110,154) |
| Dec | | | | | Total Due if Paid This Month | (918) | (111,072) |