Peter Strojnik, Esq. – Arizona Bar No. 006464
**STROJNIK, P.C.**
2415 East Camelback, Suite 700
Phoenix, Arizona 85016
Telephone: 602-524-6602
Facsimile: 602-296-0135
E-mail: strojnik@aol.com
*Attorney for Creditor*

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| In The Matter of:<br><br>Randy Evans,<br><br>        Debtor, | In Proceedings Under Chapter 13<br><br>NO. 2:12-bk-23173-JMM<br><br>**MOTION FOR RULE 2004 EXAMINATION** |

Creditor Donna Boyes respectfully requests the examination of the debtor and the entities whose names appear below. The purpose if these examinations is to ascertain the financial condition of the debtor, his assets and liabilities, and the conduct of debtor's operations of his businesses and the desirability of the continuance of his various businesses, the source of money or property acquired or to be acquired by the debtor for purposes of consummating a plan and the consideration given or offered therefor, and any other matter relevant to the case or to the formulation of a plan.

Movant requests examination of the following persons and entities in the manner specified:

1. Debtor both in his personal capacity and as the co-trustee of the Leao-Evans Revocable Trust, 5412 EastSheena Drive, Scottsdale, Arizona 85254; and
2. The Leao-Evans Revocable Trust, 5412 EastSheena Drive, Scottsdale, Arizona 85254 by subpoena to produce documents;
3. Debtor as majority shareholder of Medi-Temp, LLC, Medi-Temp Technology International Inc. and Beau-Brie, LLC by interrogatories and requests for production of documents;
4. Medi-Temp, LLC by subpoena on Debtor as its Statutory Agent;
5. Medi-Temp Technology International, Inc. by subpoena on Debtor as its Statutory Agent;
6. Beau-Brie, LLC by subpoena on Debtor as its Statutory Agent.

RESPECTFULLY SUBMITTED this 19TH day of November, 2012.

**STROJNIK, P.C.**

/s/

_____
Peter Strojnik
Attorney for Creditor Boyes

The foregoing electronically filed
this 19th day of November, 2012, with:

| | |
|---|---|
| 1 | Clerk of the Court<br>United States Bankruptcy Court |
| 2 | 230 N. First Avenue, Suite 101<br>Phoenix, Arizona 85003 |
| 3 | |
| 4 | /s/ |