Peter Strojnik, Esq. – Arizona Bar No. 006464
**STROJNIK, P.C.**
2415 East Camelback, Suite 700
Phoenix, Arizona 85016
Telephone: 602-524-6602
Facsimile: 602-296-0135
E-mail: strojnik@aol.com
*Attorney for Creditor*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| In The Matter of: | NO. 2:12-bk-23173-JMM |
| Randy Evans, | Chapter 13 |
| Debtor, | **REPLY RE MOTION TO LIFT STAY** |
| Donna Boyes, | |
| Movant, | |
| vs. | |
| Randy Evans, | |
| Debtor. | |

  Debtor misunderstands the scope of Creditor Donna Boyes' ("Ms. Boyes") Motion to Lift Stay. The Motion to Lift Stay seeks to allow the Coconino County Superior Court to not only address Debtor's derisive, contumacious and contemptuous

relationship with the Court, but also for the establishment or modification of previous orders for domestic support obligations. See 11 U.S.C. § 362(B)(2).

Therefore, the Stay should be lifted.

RESPECTFULLY SUBMITTED this 21st day of November, 2012.

**STROJNIK, P.C.**

/s/
_____
Peter Strojnik
Attorney for Creditor

The foregoing e-filed this 21st day of November, 2012.