Peter Strojnik, Esq. – Arizona Bar No. 006464
**STROJNIK, P.C.**
2415 East Camelback, Suite 700
Phoenix, Arizona 85016
Telephone: 602-524-6602
Facsimile: 602-296-0135
E-mail: ps@strojnik.com
*Attorney for Creditor Boyes*

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| In The Matter of:<br><br>Randy Evans,<br><br>Debtor, | NO. 2:12-bk-23173-JMM<br><br>Chapter 13<br><br>**(1) OBJECTION TO CHAPTER 13 PLAN (2) OBJECTION TO DISCHARGE AND (3) MOTION TO DISMISS BANKRUPTCY** |

Creditor Donna Boyes ("Ms. Boyes"), the former spouse of Debtor Randy Evans, objects to Debtor's Chapter 13 Plan on the bases more fully stated in the following Memorandum of Points and Authorities that is by this reference incorporated herein. Ms. Boyes further incorporates the information contained in her Motion to Lift Stay, Doc 13.

**MEMORANDUM OF POINTS AND AUTHORITIES**

In addition to multiple incidents of grave malfeasance narrated in The Motion to Lift Stay (Doc 13), it become evident at the meeting of creditors on 2012-12-05 that the Debtor has engaged in additional misstatements and malfeasance that render the calculations and the payment plan proposed in the Chapter 13 Plan not feasible and

fraudulent, requiring a dismissal of this bankruptcy proceeding, a denial of the Chapter 13 Plan and non-dischargeability of debts. Inter alia:

1. In Schedule A, Debtor lists the following real property as belonging to him:

```
Single Family Residence located at                       -       626,000.00      674,432.06
6412 E. Sheena Drive
Scottsdale, AZ 85254
Debtor to retain property
```

At the meeting of creditors, Debtor was specifically asked whether this property belongs to him. Mr. Evans confirmed the (false) statement that it does.

However, the records of the Maricopa County Recorder indicate that the property in issue was transferred by Debtor to the Leao-Evans Revocable Trust on March 23, 2007. See Maricopa County Recorder at 2007-0456050 dated 04/17/07 09:36 AM[1]. On January 25, 2008, the Leao-Evans Revocable Trust dated March 23, 2007 transferred the property to Margaret S. Leao-Evans, Debtor's current wife, recorded at 2008-1019662 dated 11/28/2008 3:32:49 PM, as her sole and separate property. Thus, Debtor has no interest in the property and his listing of the property on the schedules and his affirmation of ownership during the under oath proceeding at the meeting of creditors was false.

2. On Schedule B, Debtor makes the following disclosure:

---

[1] Movant requests that the Court take judicial notice of recorded documents.

| 13. Stock and interests in incorporated and unincorporated businesses | Medi-Temp, LLC (80% ownership interest) - Negative Value | - | 0.00 |
|---|---|---|---|
| | Medi-Temp Technology International, Inc. (Negative value) | - | 0.00 |

3. At the creditor's meeting, Debtor testified that the "negative value" of the stock disclosed in the Schedule is $200,000.00. "Negative Value" connotes a liability; however, no liability has been disclosed in the Schedules. The stock is not claimed as exempt. Upon inquiry whether Debtor would sell the stock for the benefit of the creditors, Debtor declined to answer.

4. In Schedule E, Debtor makes the following disclosure:

| Account No. | 8/2011 | T | T E D | | | |
|---|---|---|---|---|---|---|
| Donna Boyes<br>3000 Oak St., Unit 1-C<br>Chemainus, BC Canada V0R1K1 | Spousal Maintenance | | | | | 5,756.02 |
| | - | | | X | 79,518.30 | 73,762.28 |

This disclosure is incorrect, a matter well known to Debtor. See Exhibit 1, Accounting of Debtor's Spousal Maintenance Obligations.

5. In Schedule F, Debtor makes the following disclosure:

| Account No. | Property equalization payment | | | | |
|---|---|---|---|---|---|
| Donna Boyes<br>3000 Oak Street, Unit 1-C<br>Chemainus, BC Canada V0R1K1 | - | | | X | |
| | | | | | 97,500.00 |

This disclosure is incorrect, a matter well known to Debtor. See Exhibit 2.

The entire set of bankruptcy schedules and the Chapter 13 Plan are based on false disclosures. For these reasons Creditor Boyes respectfully requests that the Chapter 13

Plan not be confirmed and that the bankruptcy proceeding be dismissed. Creditor Evans respectfully requests an award of costs and attorney's fees incurred in this matter.

RESPECTFULLY SUBMITTED this 5th day of December, 2012.

**STROJNIK, P.C.**

**/s/**
Peter Strojnik
Attorney for Creditor

## CERTIFICATE OF SERVICE

The foregoing was e-filed this 5th day of December, 2012 with the U.S. Bankruptcy Court, Arizona, 230 North First Avenue, Suite 101, Phoenix, AZ 85003−1727.

And mailed to:

| | |
|---|---|
| EDWARD J. MANEY<br>101 N. FIRST AVE., SUITE 1775<br>PHOENIX, AZ 85003<br>Trustee | Randy A Evans<br>5412 E. SHEENA DRIVE<br>SCOTTSDALE, AZ 85254<br>Debtor |
| JAMES M. MCGUIRE<br>DAVIS MILES MCGUIRE GARDNER, PLLC<br>80 E. Rio Salado Parkway, Suite 401<br>Tempe, AZ 85281<br>Attorney for Debtor | |

/s/

# EXHIBIT A
# SPOUSAL MAINTENANCE ACCOUNTING

| YEAR AND MONTH | SPUSAL MAINTENANCE JUDGMENT | ATTY FEES AND COSTS | MONTHLY INTEREST | TOTAL ARREARAGE FOR CURRENT MONTH |
|---|---|---|---|---|
| Dec | (53,311[2]) | (20,451) | - | - |
| **Jan-11** | | | (615) | (74,377) |
| Feb | | | (615) | (74,992) |
| Mar | | | (615) | (75,606) |
| Apr | | | (615) | (76,221) |
| May | | | (615) | (76,836) |
| Jun | | | (615) | (77,450) |
| Jul | | | (615) | (78,065) |
| Aug | | | (615) | (78,680) |
| Sep | | | (615) | (79,294) |
| Oct | | | (615) | (79,909) |
| Nov | | | (615) | (80,524) |
| Dec | | | (615) | (81,139) |
| **Jan-12** | | | (615) | (81,753) |
| Feb | | | (615) | (82,368) |
| **Mar** | | | (615) | (82,983) |
| Apr | | Total Due if Paid This Month | (615) | (83,597) |
| May | | Total Due if Paid This Month | (615) | (84,212) |
| Jun | | Total Due if Paid This Month | (615) | (84,827) |
| Jul | | Total Due if Paid This Month | (615) | (85,441) |
| Aug | | Total Due if Paid This Month | (615) | (86,056) |
| Sep | | Total Due if Paid This Month | (615) | (86,671) |
| Oct | | Total Due if Paid This Month | (615) | (87,285) |
| Nov | | Total Due if Paid This Month | (615) | (87,900) |
| Dec | | Total Due if Paid This Month | (615) | (88,515) |

---

[2] This amount represents a deduction of $5,000.00 for attorney's fees ordered by the Coconino County Superior Court on December 31, 2010. Since the attorney's fees issue related to general family court issues (and could not be deducted from any other asset in the Bankruptcy Court), this line item should be, and shall be at any hearing, deducted from the equalization payment, not spousal maintenance payment.

# EXHIBIT 2
## PROPERTY DIVISION ACCOUNTING

| YEAR AND MONTH | MONTH | PROPERTY DIVISION PMT DUE | PROPERTY DIVISION PMT MADE | PROPERTY DIVISION ARREARAGE | INTEREST ON CURRENT MONTH TO MARCH 2011 | PRINCIPAL AND INTEREST FOR CURRENT MONTH TO MARCH 2011 | TOTAL DUE CUMULATIVELY |
|---|---|---|---|---|---|---|---|
| **2005** | | | | | | | |
| Apr | 1 | 1,875 | 1,875 | | - | | |
| May | 2 | 1,875 | 1,875 | | - | | |
| Jun | 3 | 1,875 | 1,875 | | - | | |
| Jul | 4 | 1,875 | 1,875 | | - | | |
| Aug | 5 | 1,875 | 1,875 | | - | | |
| Sep | 6 | 1,875 | 1,875 | | - | | |
| Oct | 7 | 1,875 | 1,875 | | - | | |
| Nov | 8 | 1,875 | 1,875 | | - | | |
| Dec | 9 | 1,875 | 1,875 | | - | | |
| **Jan-06** | 10 | 1,875 | 1,875 | | - | | |
| Feb | 11 | 1,875 | 1,875 | | - | | |
| Mar | 12 | 1,875 | 1,875 | | - | | |
| Apr | 13 | 1,875 | 1,875 | | - | | |
| May | 14 | 1,875 | 1,875 | | - | | |
| Jun | 15 | 1,875 | 1,875 | | - | | |
| Jul | 16 | 1,875 | 1,875 | | - | | |
| Aug | 17 | 1,875 | 1,875 | | - | | |
| Sep | 18 | 1,875 | 1,875 | | - | | |
| Oct | 19 | 1,875 | 1,875 | | - | | |
| Nov | 20 | 1,875 | 1,875 | | - | | |
| Dec | 21 | 1,875 | 1,875 | | - | | |
| **Jan-07** | 22 | 1,875 | 1,875 | | - | | |
| Feb | 23 | 1,875 | 1,875 | | - | | |
| Mar | 24 | 1,875 | 1,875 | | - | | |
| Apr | 25 | 1,875 | 1,875 | | - | | |
| May | 26 | 1,875 | 1,875 | | - | | |
| Jun | 27 | 1,875 | 1,875 | | - | | |
| Jul | 28 | 1,875 | 1,875 | | - | | |
| Aug | 29 | 1,875 | 1,875 | | - | | |

|       |    |       |       |         |       |          |          |
|-------|----|-------|-------|---------|-------|----------|----------|
| Sep   | 30 | 1,875 | 1,875 |         | -     |          |          |
| Oct   | 31 | 1,875 | 1,875 |         | -     |          |          |
| Nov   | 32 | 1,875 | 1,875 |         | -     |          |          |
| Dec   | 33 | 1,875 | -     | (1,875) | (797) | (2,672)  | (2,672)  |
| **Jan-08** | 34 | 1,875 | - | (1,875) | (781) | (2,656) | (5,328)  |
| Feb   | 35 | 1,875 | -     | (1,875) | (766) | (2,641)  | (7,969)  |
| Mar   | 36 | 1,875 | -     | (1,875) | (750) | (2,625)  | (10,594) |
| Apr   | 37 | 1,875 | -     | (1,875) | (734) | (2,609)  | (13,203) |
| May   | 38 | 1,875 | -     | (1,875) | (719) | (2,594)  | (15,797) |
| Jun   | 39 | 1,875 | -     | (1,875) | (703) | (2,578)  | (18,375) |
| Jul   | 40 | 1,875 | 1,875 |         | -     | -        | (18,375) |
| Aug   | 41 | 1,875 | 1,875 |         | -     | -        | (18,375) |
| Sep   | 42 | 1,875 | 1,875 |         | -     | -        | (18,375) |
| Oct   | 43 | 1,875 | 1,875 |         | -     | -        | (18,375) |
| Nov   | 44 | 1,875 | 1,875 |         | -     | -        | (18,375) |
| Dec   | 45 | 1,875 | 1,875 |         | -     | -        | (18,375) |
| **Jan-09** | 46 | 1,875 | - | (1,875) | (594) | (2,469) | (20,844) |
| Feb   | 47 | 1,875 | -     | (1,875) | (578) | (2,453)  | (23,297) |
| Mar   | 48 | 1,875 | -     | (1,875) | (563) | (2,438)  | (25,734) |
| Apr   | 49 | 1,875 | -     | (1,875) | (547) | (2,422)  | (28,156) |
| May   | 50 | 1,875 | -     | (1,875) | (531) | (2,406)  | (30,563) |
| Jun   | 51 | 1,875 | -     | (1,875) | (516) | (2,391)  | (32,953) |
| Jul   | 52 | 1,875 | -     | (1,875) | (500) | (2,375)  | (35,328) |
| Aug   | 53 | 1,875 | -     | (1,875) | (484) | (2,359)  | (37,688) |
| Sep   | 54 | 1,875 | -     | (1,875) | (469) | (2,344)  | (40,031) |
| Oct   | 55 | 1,875 | -     | (1,875) | (453) | (2,328)  | (42,359) |
| Nov   | 56 | 1,875 | -     | (1,875) | (438) | (2,313)  | (44,672) |

| | Month | # | Payment | | Principal | Interest | Total | Balance |
|---|---|---|---|---|---|---|---|---|
| 1 | Dec | 57 | 1,875 | - | (1,875) | (422) | (2,297) | (46,969) |
| 2 | **Jan-10** | 58 | 1,875 | - | (1,875) | (406) | (2,281) | (49,250) |
| 3 | Feb | 59 | 1,875 | - | (1,875) | (391) | (2,266) | (51,516) |
| 4 | Mar | 60 | 1,875 | - | (1,875) | (375) | (2,250) | (53,766) |
| 5 | Apr | 61 | 1,875 | - | (1,875) | (359) | (2,234) | (56,000) |
| 6 | May | 62 | 1,875 | - | (1,875) | (344) | (2,219) | (58,219) |
| 7 | Jun | 63 | 1,875 | - | (1,875) | (328) | (2,203) | (60,422) |
| 8 | Jul | 64 | 1,875 | - | (1,875) | (313) | (2,188) | (62,609) |
| 9 | Aug | 65 | 1,875 | - | (1,875) | (297) | (2,172) | (64,781) |
| 10 | Sep | 66 | 1,875 | - | (1,875) | (281) | (2,156) | (66,938) |
| 11 | Oct | 67 | 1,875 | - | (1,875) | (266) | (2,141) | (69,078) |
| 12 | Nov | 68 | 1,875 | - | (1,875) | (250) | (2,125) | (71,203) |
| 13 | Dec | 69 | 1,875 | - | (1,875) | (234) | (2,109) | (73,313) |
| 14 | **Jan-11** | 70 | 1,875 | - | (1,875) | (219) | (2,094) | (75,406) |
| 15 | Feb | 71 | 1,875 | - | (1,875) | (203) | (2,078) | (77,484) |
| 16 | Mar | 72 | 1,875 | - | (1,875) | (188) | (2,063) | (79,547) |
| 17 | Apr | 73 | 1,875 | - | (1,875) | (172) | (2,047) | (81,594) |
| 18 | May | 74 | 1,875 | - | (1,875) | (156) | (2,031) | (83,625) |
| 19 | Jun | 75 | 1,875 | - | (1,875) | (141) | (2,016) | (85,641) |
| 20 | Jul | 76 | 1,875 | - | (1,875) | (125) | (2,000) | (87,641) |
| 21 | Aug | 77 | 1,875 | - | (1,875) | (109) | (1,984) | (89,625) |
| 22 | Sep | 78 | 1,875 | - | (1,875) | (94) | (1,969) | (91,594) |
| 23 | Oct | 79 | 1,875 | - | (1,875) | (78) | (1,953) | (93,547) |

| Month | # | Amount | | | | | Balance |
|---|---|---|---|---|---|---|---|
| Nov | 80 | 1,875 | - | (1,875) | (63) | (1,938) | (95,484) |
| Dec | 81 | 1,875 | - | (1,875) | (47) | (1,922) | (97,406) |
| **Jan-12** | 82 | 1,875 | - | (1,875) | (31) | (1,906) | (99,313) |
| Feb | 83 | 1,875 | - | (1,875) | (16) | (1,891) | (101,203) |
| Mar | 84 | 1,875 | - | (1,875) | - | (1,875) | (103,078) |
| Apr | | | | | Total Due if Paid This Month | (859) | (103,937) |
| May | | | | | Total Due if Paid This Month | (866) | (104,803) |
| Jun | | | | | Total Due if Paid This Month | (873) | (105,677) |
| Jul | | | | | Total Due if Paid This Month | (881) | (106,557) |
| Aug | | | | | Total Due if Paid This Month | (888) | (107,445) |
| Sep | | | | | Total Due if Paid This Month | (895) | (108,341) |
| Oct | | | | | Total Due if Paid This Month | (903) | (109,243) |
| Nov | | | | | Total Due if Paid This Month | (910) | (110,154) |
| Dec | | | | | Total Due if Paid This Month | (918) | (111,072) |