THIS ORDER IS APPROVED.

Dated: December 8, 2012

*James M. Marlar*

**James M. Marlar, Chief Bankruptcy Judge**
_____

Peter Strojnik, Esq. – Arizona Bar No. 006464
**STROJNIK, P.C.**
2415 East Camelback, Suite 700
Phoenix, Arizona 85016
Telephone: 602-524-6602
Facsimile: 602-296-0135
E-mail: strojnik@aol.com
*Attorney for Creditor*

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In The Matter of:<br><br>Randy Evans,<br><br>　　　　Debtor, | In Proceedings Under Chapter 13<br><br>NO. 2:12-bk-23173-JMM<br><br>**ORDER ON MOTION FOR RULE 2004 EXAMINATION** |

UPON APPLICATION OF CREDITOR BOYES, and good cause shown, IT IS ORDERED granting Creditor Boyes' Motion for Rule 2004 Examination.

　　　　　　　　　　　　　　　　SIGNED AND DATED AS INDICATED ABOVE